## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES T. SCHNEIDER,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| *Acting Commissioner of Social Security,* | : | |
| *Defendant.* | : | **No. 16-281** |

## O R D E R

**AND NOW**, this 16th day of September, 2016, upon independent review of the brief in

support of review filed by Plaintiff (Docket No. 7), Defendant's response thereto (Docket No. 9),

and the administrative record, and after careful consideration of the Report and Recommendation

of United States Magistrate Judge Jacob P. Hart, to which no objections were filed by either

party, it is hereby **ORDERED** that:

1. The Report and Recommendation are **APPROVED and ADOPTED**;

2. The Plaintiff's Request for Review is **GRANTED**, and the final decision of the Commissioner denying disability benefits to Plaintiff is **VACATED**;

3. The matter is **REMANDED** to the Commissioner solely for the calculation of benefits, consistent with the Magistrate Judge's Report;

4. Judgment is entered in favor of Plaintiff; and

5. The Clerk of the Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

s/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE